**Attachment to Complaint**

MATTHEW POWER VS. CONNECTWEB TECHNOLOGIES, INC.

Civil Action No. _____

**List of Defendants**

Connectweb Technologies, Inc.

Michael Beaulieu

Paul Beaulieu

Rubber Stamp Champ, Inc.

Anchor Rubber Stamp & Printing Co., Inc.

The J.P. Cooke Company

Google, LLC.