UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW POWER,<br><br>    Plaintiff,<br><br>v.<br><br>CONNECTWEB TECHNOLOGIES,<br>INC. et al.,<br><br>    Defendants. | Civil Action No. 1:22-cv-10030-JGD |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

**WHEREAS,** on January 10, 2022, Plaintiff Matthew Power ("Mr. Power" or "Plaintiff") filed a Complaint against Connectweb Technologies, Inc., Paul Beaulieu, Michael Beaulieu, Rubber Stamp Champ Inc., Anchor Rubber Stamp and Printing Co. Inc., The J.P. Cooke Company, and Google LLC ("Defendants");

**WHEREAS,** Defendant The J.P. Cooke Company was served with the Summons and Complaint on April 7, 2022, and its response to the Complaint was originally due on April 28, 2022, which Plaintiff then agreed to extend to May 18, 2022;

**WHEREAS,** Defendants Connectweb Technologies, Inc., Paul Beaulieu, and Michael Beaulieu were served with the Summons and Complaint on April 13, 2022, and their response to the Complaint is currently due on May 4, 2022;

**WHEREAS,** Defendant Google LLC was served with the Summons and Complaint on April 18, 2022, and its response to the Complaint is currently due on May 9, 2022;

**WHEREAS,** Defendant Anchor Rubber Stamp and Printing Co. Inc. was served with the Summons and Complaint on April 25, 2022, and its response to the Complaint is currently due on May 16, 2022;

**WHEREAS,** Defendant Rubber Stamp Champ Inc. was served with the Summons and Complaint on April 28, 2022, and its response to the Complaint is currently due on May 19, 2022;

**WHEREAS,** if the deadlines for all Defendants to respond to the Complaint are set for the same date, Defendants will be better able to coordinate their responses and/or briefing, thereby improving efficiency for the Court and providing all parties sufficient time to investigate the claims and defenses in the case;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT,** by and between the parties below that the deadline for all Defendants to respond to the Complaint shall be extended to the next business day following thirty (30) days after the last remaining Defendant was served, which is **May 31, 2022**.

Dated: May 2, 2022

Respectfully submitted,

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation | PARKER KEY LAW LLC |
| *s/ Matthew D. Gorman*<br>Matthew D. Gorman (BBO #569406)<br>28 State Street, 37th Floor<br>Boston, Massachusetts 02109<br>Telephone: (617) 598-7800<br>Facsimile: (866) 974-7329<br>Email: mgorman@wsgr.com | *s/ Kenneth R. L. Parker*<br>Kenneth R. L. Parker (BBO #688987)<br>343 Washington Street, Suite 200<br>Newton, Massachusetts 02458<br>Telephone: (617) 841-2418<br>Facsimile: (617) 963-8315<br>Email: kparker@parkerkeylaw.com |
| *Counsel for Defendant Google LLC* | *Counsel for Defendants Connectweb Technologies, Inc., Paul Beaulieu, and Michael Beaulieu* |

*s/ Matthew Power*
Matthew Power
60 Humphrey Street, Apt#2
Swampscott, Massachusetts 01907
Telephone: (781) 267-4773
Email: matthew_power@comcast.net

*Plaintiff*

## **[PROPOSED] ORDER**

Based on the parties' stipulation and for the good cause described therein, the Court **APPROVES** the stipulation. The deadline for all Defendants to respond to the Complaint shall be extended to **May 31, 2022**.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
THE HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the District of Massachusetts CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

Dated: May 2, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Matthew D. Gorman*
Matthew D. Gorman (BBO #569406)
28 State Street, 37th Floor
Boston, Massachusetts 02109
Telephone: (617) 598-7800
Facsimile: (866) 974-7329
Email: mgorman@wsgr.com

*Counsel for Defendant Google LLC*