UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW POWER,<br><br>      Plaintiff,<br><br>v.<br><br>CONNECTWEB TECHNOLOGIES, INC., MICHAEL BEAULIEU, PAUL BEAULIEU, RUBBER STAMP CHAMP, INC., ANCHOR RUBBER STAMP & PRINTING CO., INC., THE J.P. COOKE COMPANY, and GOOGLE, LLC,<br><br>      Defendants. | CIVIL ACTION NO. 1:22-cv-10030-JGD |

### DECLARATION OF TOM MCTAGUE IN SUPPORT OF ANCHOR RUBBER STAMP & PRINTING CO., INC.'S RULE 12(b)(2) MOTION TO DISMISS

I, Tom McTague, hereby declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and am fully competent to make this Affidavit. I have personal knowledge of the matters set forth herein.

2. I am the Manager of Anchor Rubber Stamp & Printing Co., Inc. ("Anchor"), an entity has been named a defendant in the above case. In that capacity, I am responsible for the management of Anchor's business activities.

3. Anchor is a family-owned manufacturing business, which provides notary supplies such as notary stamps, seals, and books for use in 49 states.

4. Anchor is a New Jersey corporation with its principal place of business in New Jersey.

5. Anchor does not have any business locations or employees in Massachusetts.

6. Anchor does not engage in targeted advertising to Massachusetts.

83700606.1

7. Anchor does not derive significant revenue from customers located in Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/3/2022

_____
Tom McTague