**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW POWER,<br><br>    *Plaintiff,*<br> v.<br><br>CONNECTWEB TECHNOLOGIES, INC.,<br>MICHAEL BEAULIEU, PAUL BEAULIEU,<br>RUBBER STAMP CHAMP, INC., ANCHOR<br>RUBBER STAMP & PRINTING CO., INC.,<br>THE J.P. COOKE COMPANY, and<br>GOOGLE LLC,<br><br>    *Defendants.* | Civil Action No. 1:22-cv-10030-JGD |

**DEFENDANT THE J.P. COOKE COMPANY'S**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and Local Rule 7.1, Defendant The J.P. Cooke Company hereby hereby moves to dismiss the claim of copyright infringement against it in the Amended Complaint and dismissal from the abov-captioned matter. As grounds for this motion, Defendant relies upon the Memorandum In Support Of Its Motion to Dismiss for Lack of Personal Jurisdiction, filed contemporaneously herewith.

WHEREFORE, Defendant The J.P. Cooke Company's Motion to should be granted.

DATED this 7th day of June, 2022.

                     THE J.P. COOKE COMPANY,
                     Defendant,

                     */s/ Elliott M. Loew*
                     Elliott M. Loew (BBO No. 303200)
                     Elliott M. Loew, P.C.
                     343 Washington St., Ste. 200
                     Newton, MA 02458
                     Telephone: (617) 969-2660
                     Fax: (617) 964-8676
                     *emlpc@comcast.net*

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on June 7, 2022, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

*/s/ Elliott M. Loew*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify, pursuant to Local Rule 7.1(a)(2), that on June 7, 2022, counsel for The J.P. Cooke Company conferred with Plaintiff regarding this Motion and attempted in good faith to resolve or narrow the issues, but was unable to do so.

*/s/ Elliott M. Loew*