UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW POWER,<br><br>            *Plaintiff,*<br>     v.<br><br>CONNECTWEB TECHNOLOGIES, INC., MICHAEL BEAULIEU, PAUL BEAULIEU, RUBBER STAMP CHAMP, INC., ANCHOR RUBBER STAMP & PRINTING CO., INC., THE J.P. COOKE COMPANY, and GOOGLE LLC,<br><br>            *Defendants.* | Civil Action No. 1:22-cv-10030-JGD |

**DEFENDANT RUBBER STAMP CHAMP, INC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Rubber Stamp Champ, Inc. ("Rubber Stamp"), hereby moves to dismiss the Amended Complaint. As grounds for this motion, Defendant Rubber Stamp relies upon its Memorandum of Law in Support its Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendant Rubber Stamp's Motion to Dismiss the Amended Complaint should be granted.

        Respectfully submitted,

        RUBBER STAMP CHAMP, INC.

        By its attorneys,

        */s/   Stephen D. Riden*
        Stephen D. Riden (BBO No. 644451)
        Puneet Dhaliwal (BBO No. 709111)
        Beck Reed Riden LLP
        155 Federal Street, Suite 1302
        Boston, Massachusetts  02110
        (617) 500-8660 Telephone
        (617) 500-8665 Facsimile
        *sriden@beckreed.com*
        *puneet@beckreed.com*

        Dated: June 7, 2022

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document has been filed through the CM/ECF system on June 7, 2022, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

        */s/ Stephen Riden*

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

    I certify, pursuant to Local Rule 7.1(a)(2), that on May 23, 2022, undersigned counsel conferred with Plaintiff regarding this Motion and attempted in good faith to resolve or narrow the issues, but was unable to do so.  Plaintiff indicated that he would oppose this Motion.

        */s/ Stephen Riden*