UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW POWER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 22-10030-JGD |
| CONNECTWEB TECHNOLOGIES, INC., MICHAEL ) | |
| BEAULIEU, PAUL BEAULIEU, RUBBER STAMP ) | |
| CHAMP, INC., ANCHOR RUBBER STAMP & ) | |
| PRINTING CO., INC., THE J.P. COOKE COMPANY ) | |
| and GOOGLE LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON DEFENDANTS' EMERGENCY MOTION

This matter is before the court on "Connectweb and Rubber Stamp Champ's Emergency Motion for an Order that Plaintiff Stop His Harassment and Threats" (Docket No. 74). Based on an agreement by the parties that was reached during a hearing before this court on November 17, 2022, the defendants' motion is ALLOWED IN PART and DENIED IN PART as follows:

1.  While this matter remains pending, any communications between the plaintiff and the defendants or their counsel shall take place only through pleadings filed with the court. This court hereby waives the requirement that the parties confer before filing a motion pursuant to Local Rule 7.1.

2.  To the extent any party wishes to file private or confidential information with the court, that party may file a motion to file the information under seal.

3.  The plaintiff shall give the defendants at least **14 days** advance notice before contacting any of the defendants' customers in order to give the defendants an opportunity to

[2]

file any appropriate motion for a protective order.  This includes any contact with the defendants' customers regarding credit card charges.

    4.    As agreed, the plaintiff will not publish any further personal information about the defendants or their principals on the internet while this matter remains pending.

|  |  |
|---|---|
| Dated: November 18, 2022 | / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |